CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 24 2009

JOHN F. CORCORAN, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CORNELIUS A. TUCKER, | ) |
| Petitioner, | ) Civil Action No. 7:09CV00171 |
| v. | ) **DISMISSAL ORDER** |
| GENE M. JOHNSON, | ) |
| | ) By: Samuel G. Wilson |
| Respondent. | ) United States District Judge |

In accordance with the accompanying Memorandum Opinion, petitioner Tucker's petition for a writ of habeas is **DENIED** and respondent's motion to **DISMISS** is **GRANTED**.

It is so **ORDERED**.

**ENTER:** This September 24, 2009.

_____
UNITED STATES DISTRICT JUDGE